**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mickey Lee WAGGONER,**
**Defendant–Appellant.**

No. 08–30043.

United States Court of Appeals,
Ninth Circuit.

Submitted March 18, 2009.*

Filed April 8, 2009.

William E. Fitzgerald, Assistant U.S., U.S. Attorney's Office, Eugene, OR, for Plaintiff–Appellee.

Bryan E. Lessley, Assistant Federal Public Defender, Federal Public Defender's Office, Eugene, OR, for Defendant–Appellant.

Before: LEAVY, HAWKINS, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Mickey Lee Waggoner appeals the fifteen-year sentence imposed following his

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

guilty plea to being a felon in possession of a firearm in violation of 18. U.S.C. § 922(g)(1). He contends that the district court erred in treating his two prior convictions for first degree burglary under Or.Rev.Stat. § 164.225 as violent felonies under the Armed Career Criminal Act. This contention is foreclosed by *United States v. Mayer,* 560 F.3d 948, 962–63 (9th Cir.2009) (holding that first degree burglary under § 164.225 is categorically a "violent felony" under the Act's residual clause).

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.